UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Tiwanda Lovelace,

    Petitioner

v.

U.S. Department of Justice/FBI,

    Respondents

Case No.: 2:22-cv-00766-JAD-BNW

**Order Dismissing Action**

[ECF No. 7]

    Tiwanda Lovelace filed this action in an effort to obtain access under the Freedom of Information Act to an FBI file that she believes will prove that federal crimes have been "committed against her continually for a consistent thirty years; yet, there was no effort made to prevent, control, or reduce crime or apprehend criminals."[1]  The nature and format of her filing resulted in the dismissal of her action with leave to amend.[2]  Lovelace now moves to "withdraw" her petition[3] because, among other reasons, she no longer lives in Nevada and her filing has not garnered the results she was seeking.  The court construes this request as one to voluntarily dismiss this case without prejudice and grants it.  Good cause appearing, IT IS THEREFORE ORDERED that the motion **[ECF No. 7] is GRANTED; this action is dismissed, and the Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
December 27, 2022

---

[1] ECF No. 1-1 at 9.
[2] ECF No. 6.
[3] ECF No. 7.